UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Thomas Gerard Nerburn,                                    BKY Case No. 18-43338

     Debtor.                                                        Chapter 13

---

## ORDER TO SHOW CAUSE

---

At Minneapolis, Minnesota, March 19, 2019.

This chapter 13 case's petition date is October 25, 2018. New Local Form 1009-1 and amended Local Rule 1009-1 took effect on May 1, 2018, and apply to all amendments to petitions and schedules filed on and after that date. See LOCAL FORM 1009-1 (05/18) and LOC. R. BANKR. P. (D. MINN.) 1009-1. It has come to the Court's attention that on March 6, 2019, the attorney for the debtor, Jeffrey A. Leiviska, filed amended schedules that failed to comply with the local rule or the local form. ECF No. 23.[1] On March 7, 2019, Mr. Leiviska was contacted by a case administrator from the Court and he was informed that the amended schedules were defective, as identified above. That same communication requested that Mr. Leiviska either: file amended schedules with the changes identified by redline/strikeout; or, that he submit Local Form 1009-1, identifying the changes in the amended schedules,[2] by no later than Wednesday, March 13, 2019. Mr. Leiviska has failed to do so. Accordingly,

**IT IS ORDERED** that there will be a hearing on **April 3, 2019, at 9:30 a.m.,** in

---

[1] Mr. Leiviska also filed the amended schedules—as well as a modified chapter 13 plan at ECF No. 22—in violation of Local Rule 9004-1(e), dealing with the filing of scanned documents. See LOC. R. BANKR. P. (D. MINN.) 9004-1(e).

[2] If Mr. Leiviska chose the latter, he was also instructed to contact the case administrator, who would provide instructions for submission of the document to the CM/ECF "inbox."

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/19/2019
Lori Vosejpka, Clerk, by JS

Courtroom No. 7 West, United States Courthouse, 300 South Fourth Street, Minneapolis,

Minnesota, before Judge Michael E. Ridgway, and Jeffrey A. Leiviska shall appear to show

cause why sanctions, including, but not limited to, a monetary sanction payable to the Clerk of

United States Bankruptcy Court, should not be imposed upon him.


/e/ Michael E. Ridgway

Michael E. Ridgway
United States Bankruptcy Judge