**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Thomas Gerard Nerburn

Case No: 18–43338 – MER

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The chapter 13 trustee has requested that the court dismiss Thomas Gerard Nerburn. After notice and hearing the court has determined that the case as to Thomas Gerard Nerburn should be dismissed.

IT IS THEREFORE ORDERED:

The case as to Thomas Gerard Nerburn is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 1/2/20

Michael E Ridgway
United States Bankruptcy Judge

> NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
> Filed and docket entry made on January 2, 2020
> Lori Vosejpka  Clerk, United States Bankruptcy Court
> By: cathy Deputy Clerk

**odsm/mnbodsm.jsp 8/15**